**David Israel, Plaintiff-Appellant, v. Yellow Cab Company, a Corporation, Defendant-Appellee.**

**Gen. No. 50,346.**

First District, First Division.

November 15, 1965.

Richard C. Bleloch and Eugene J. Kelley, Jr., of Chicago, for appellant; Jesmer & Harris, of Chicago, for appellee. Opinion by JUSTICE KLUCZYNSKI. Not to be published in full.